

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Nels T. Lippert, Partner**
**212.216.1157 Direct Dial**
nlippert@tarterkrinsky.com

MEMO ENDORSED

The application is granted.  The conference currently scheduled for May 6, 2021 is adjourned to June 24, 2021 at 10:15 a.m.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

April 30, 2021

**By ECF Only**

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 705
New York, New York 10007

  Re: <u>**Times Three Clothier, LLC v. Daytona Apparel Group LLC**</u>
     <u>**Civil Action No. 1:20-cv-09932-PGG**</u>

Dear Judge Gardephe:

  This office represents Plaintiff, Times Three Clothier, LLC ("Plaintiff"), in the above referenced matter.  Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, Rules I(D) and I(E), Plaintiff writes, with the consent of counsel for Defendant, Daytona Apparel Group LLC ("Defendant"), to submit this letter motion to request a second adjournment of the initial conference to a date most convenient for the Court, but no earlier than thirty (30) days from the date of this letter motion, with any related deadlines extended accordingly.  At present, the initial conference is scheduled for May 6, 2021 at 9:45 am in Courtroom 705, at the courthouse located at 40 Centre Street, New York, New York 10007.

  We are seeking the requested extension because the parties are actively engaged in exchanging preliminary discovery documentation in furtherance of settlement discussions with a view towards ultimately resolving this action.  As noted above, Defendant has consented to the requested adjournment and any related extensions of time.

  In closing, we thank the Court for its consideration of the foregoing.

                Respectfully submitted,

                _____
                Nels T. Lippert

cc:  All Counsel of Record (via ECF)