

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Nels T. Lippert, Partner**
**212.216.1157 Direct Dial**
nlippert@tarterkrinsky.com

MEMO ENDORSEMENT

The conference currently scheduled for August 26, 2021 is adjourned to October 7, 2021 at 10:30 a.m.

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

August 25, 2021

**By ECF Only**

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 705
New York, New York 10007

Re: **Times Three Clothier, LLC v. Daytona Apparel Group LLC**
    **Civil Action No. 1:20-cv-09932-PGG**

Dear Judge Gardephe:

This office represents Plaintiff, Times Three Clothier, LLC ("Plaintiff"), in the above referenced matter. Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, Rules I(D) and I(E), Plaintiff writes, with the consent of counsel for Defendant, Daytona Apparel Group LLC ("Defendant"), to submit this letter motion to request a fifth adjournment of the initial conference to a date most convenient for the Court, but no earlier than thirty (30) days from the date of this letter motion, with any related deadlines extended accordingly. At present, the initial telephonic conference is scheduled for August 26, 2021, at 10:15 am.

As noted during the telephonic conference with the Court on July 26, 2021, the parties are actively engaged in settlement discussions with a view towards ultimately resolving this action. While the parties are close to agreeing upon terms and arrangements in an effort to resolve this dispute, in its entirety, the parties are jointly seeking the adjournment because they require further time to finalize same. As noted above, Defendant has consented to the requested adjournment and any related extensions of time.

In closing, we thank the Court for its consideration of the foregoing.

Respectfully submitted,

*[signature]*

Nels T. Lippert

cc:   All Counsel of Record (via ECF)