

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Nels T. Lippert, Partner
212.216.1157 Direct Dial
nlippert@tarterkrinsky.com

November 15, 2021

**By ECF Only**

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 705
New York, New York 10007

MEMO ENDORSED
The conference in this matter currently scheduled for November 18, 2021 is adjourned to December 16, 2021 at 9:45 a.m.

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge

November 16, 2021

Re:  **Times Three Clothier, LLC v. Daytona**
     **Civil Action No. 1:20-cv-09932-PGG**

Dear Judge Gardephe:

This office represents Plaintiff, Times Three Clothier, LLC ("Plaintiff"), in the above referenced matter. Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, Rules I(D) and I(E), Plaintiff writes, with the consent of counsel for Defendant, Daytona Apparel Group LLC ("Defendant"), to submit this letter motion to request a seventh adjournment of the initial conference to a date most convenient for the Court, but no earlier than thirty (30) days from the date of this letter motion, with any related deadlines extended accordingly. At present, the initial court conference is scheduled for November 18, 2021, at 10:30 am.

As noted during the telephonic conference with the Court on November 15, 2021, the parties are actively engaged in settlement discussions with a view towards ultimately resolving this action. While the parties are close to agreeing upon terms and arrangements in an effort to resolve this dispute, in its entirety, and a Settlement Agreement is currently being reviewed by Defendant, the parties are jointly seeking the adjournment because they require additional time to finalize same. As noted above, Defendant has consented to the requested adjournment and any related extensions of time.

In closing, we thank the Court for its consideration of the foregoing.

Respectfully submitted,

*Nels T. Lippert* (signature)

Nels T. Lippert

cc:   All Counsel of Record (via ECF)